# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESA G. MORGAN,<br><br>               Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. EDCV 13-00175-AG (JEM)<br><br>J U D G M E N T |

    In accordance with the Report and Recommendation of United States Magistrate Judge accepted by the Court,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and the matter DISMISSED with prejudice.

DATED: January 31, 2014

                                                   ANDREW G. GUILFORD
                                               UNITED STATES DISTRICT JUDGE